

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-22-00313-CV

In the Interest of **G.K.T.**, a Child

From the 285th Judicial District Court, Bexar County, Texas
Trial Court No. 2021PA00800
Honorable Kimberly Burley, Judge Presiding

BEFORE CHIEF JUSTICE MARTINEZ, JUSTICE ALVAREZ, AND JUSTICE RODRIGUEZ

In accordance with this court's memorandum opinion of this date, the trial court's judgment is AFFIRMED. It is ORDERED that no costs be assessed against appellant in relation to this appeal because appellant qualifies as indigent under TEX. R. APP. P. 20.

SIGNED November 2, 2022.

Liza A. Rodriguez, Justice